**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GREGORY VINCENT,

       *Plaintiff,*                 Case No. 6:21-cv-01179-CEM-DCI

       v.

JONATHAN P. MARONEY, HCCF-2, LLC
HARBOR CITY CAPITAL CORP and
HARBOR CITY DIGITAL VENTURES,
INC.,

       *Defendants.*

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

    In accordance with Local Rule 1.04(d), I certify that the instant action:

  **X**  IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                *Securities and Exchange Commission v. Harbor City Capital Corp, et. al.*, Case No.: 6-21-cv-694-CEM-DCI, filed in the United States District Court for the Middle District of Florida

  ____  IS NOT    related to pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated: August 3, 2021

Respectfully submitted,

_/s/ Jason J. Bach_____
JASON J. BACH, ESQ.
(*Admitted Pro Hac Vice*)
Nevada Bar No. 7984
**THE BACH LAW FIRM, LLC**
7881 W. Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
jbach@bachlawfirm.com
        and
Christopher J. Brochu, Esq.
Florida Bar No.: 1013897
**BROCHU LAW, PLLC**
One Call Tower
841 Prudential Dr., Suite 1200
Jacksonville, FL 32207
Telephone: (904) 201-1771
Facsimile: (904) 429-4219
c.brochu@brochulaw.com
*Attorneys for Plaintiff Gregory Vincent*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2021, I filed a copy of the forgoing

document via CM/ECF which will electronically serve all counsel of record.

_/s/ Jason J. Bach_____
JASON J. BACH, ESQ.

## SERVICE LIST

Jonathan P. Maroney
143 Lansing Island Drive
Indian Harbour Beach, FL 32937

HCCF-2, LLC
c/o Legal Inc. Corporate Services, Inc. its Registered Agent
1810 E. Sahara Ave., Suite 215
Las Vegas, NV 89104

HARBOR CITY CAPITAL CORP
C/O THE FORTUNE LAW FIRM, LTD., ITS REGISTERED AGENT
11920 SOUTHERN HIGHLANDS PARKWAY, SUITE 200
LAS VEGAS, NV 89141

HARBOR CITY DIGITAL VENTURES, INC.
C/O REGISTERED AGENTS INC., ITS REGISTERED AGENT
401 RYLAND STREET, SUITE 200-A
RENO, NV 89502